USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/21/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**EVELYN GOMEZ, ET AL.**, *on behalf of themselves and all other similarly situated*,

                         **Plaintiffs,**

-against-

**UR JADDOU, ET AL.,**

                         **Defendants.**

21-cv-9203 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' letters. ECF No. 22, 23. The Court will hold a telephonic conference in this action on **January 26, 2022 at 3:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    January 21, 2022
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**