USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/20/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

July 19, 2022

**By ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    *Gomez et al. v. Jaddou et al.*, 21-cv-9203 (ALC)

Dear Judge Carter:

On behalf of both parties, I write to update the Court on the status of the interpretation at issue in the above-captioned action.  On July 1, 2022, US Customs and Immigration Services (USCIS) rescinded the *Matter of Z-R-Z-C-* interpretation.  *See* USCIS Policy Alert, *available at* https://www.uscis.gov/sites/default/files/document/policy-manual-updates/20220701-TPSAndAOS.pdf.

The Government believes that this moots the present case and Plaintiffs are currently evaluating the impact of the Policy Alert.  The parties are in discussions as to the possibility of a voluntary resolution of this action.  Accordingly, the parties respectfully request that the Court stay the above-captioned action.  The parties propose to submit a status update or a stipulation no later than September 12, 2022.

The parties thank the Court for its consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/  Lucas Issacharoff
LUCAS ISSACHAROFF
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.    (212) 637-2737

cc:    Counsel of Record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 7/20/2022