```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**EVELYN GOMEZ,** *on behalf of themselves and all other similarly situated,* **et al.,**

                         **Plaintiffs,**

      -against-

**UR JADDOU ET AL.,**

                         **Defendants.**

21-cv-9203 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' September 12, 2022 Joint Status Letter. ECF No. 44. The parties request for stay is hereby **GRANTED**. Accordingly, the pending motion to dismiss is denied without prejudice to renew. The Clerk of the Court is respectfully directed to terminate ECF No. 35.

**SO ORDERED.**

Dated:    September 15, 2022
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**