UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELYN GOMEZ, KARLA ALVARADO PINEDA, and GILBERTO LANDAVERDE GARCIA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UR JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/15/2022<br><br>No. 21 Civ. 9203 (ALC)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for their respective parties in the above-captioned matter as follow:

1. The above-captioned matter is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. This Stipulation may be signed in counterparts (including, without limitation, by electronic signature and by PDF), each of which will be deemed an original and all of which will be taken together and deemed one instrument.

Dated: October 7, 2022
Brookline, Massachusetts

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
*Attorneys for Plaintiffs*

By: _____
MARY KENNEY
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, Massachusetts 02446
Tel.: (617) 819-4681
E-mail: mary@immigrationlitigation.org

Dated: October 9, 2022
New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
LUCAS ISSACHAROFF
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2737
E-mail: lucas.issacharoff@usdoj.gov

SO ORDERED:
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 11/15/2022
New York, New York

2